EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 1 2002

at _____ o'clock and _____ min. _____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. CR 02-00522 |
| Plaintiff, | INDICTMENT [21 U.S.C. 846] |
| VS. | |
| JONAH MELQUIDAS ORTIZ, | |
| Defendant. | |

## INDICTMENT

### Count 1:

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about April 6, 2002 in the District of Hawaii and elsewhere, defendant:

**JONAH MELQUIDAS ORTIZ**

knowingly and intentionally conspired with Christopher Mundon, the latter not being charged as a defendant herein, and others

known and unknown to the Grand Jury, to distribute and to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

## Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about March 28, 2002 in San Diego, California, Ortiz possessed approximately 888.2 grams (net weight) of methamphetemine.

2. On or about March 28, 2002 in San Diego, California, Ortiz presented at a "Mail Boxes Etc" the following parcel, which contained the methamphetamine referenced in Overt Act #1:

> One (1) parcel tendered for delivery via United Parcel Service (UPS) to Courtney Greg, 74-5031 Mamalahoa Hwy, #3B, Holualoa, HI, and the sender being Jason New, La Jolla Mesa Dr, San Diego, CA (hereianfter "subject parcel").

3. On or about April 3, 2002 on the Island of Hawaii, Mundon spoke on the telephone to a cooperating individual ("CI") about the subject parcel;

4. On or about April 4, 2002 on the Island of Hawaii,

Mundon spoke on the telephone to the CI about the subject parcel;

5.   On or about April 5, 2002 on the Island of Hawaii, Mundon took delivery of the subject parcel.

6.   On or about April 5, 2002 on the Island of Hawaii, Mundon opened the subject parcel.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

<u>Count 2</u>:

The Grand Jury further charges that:

On or about March 28, 2002 in the District of Hawaii and elsewhere, defendant:

**JONAH MELQUIDAS ORTIZ**

knowingly and intentionally attempted to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance,

All in violation of Title 21, United States Code, Sections

3

846, 841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, December ___, 2002.

A TRUE BILL.

/S/

GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Ortiz, USDC-Hawaii, Indictment.