LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
Honolulu, Hawaii 96863
Tel: (808) 734-1520

Attorney for Defendant
JONAH MELQUIDAS ORTIZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2004

at 3 o'clock and 50 min. P M
WALTER A. Y. H. CHINN, CLERK

LODGED
MAY 10 2004
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     vs.<br><br>JONAH MELQUIDAS ORTIZ,<br><br>                     Defendant. | CR. NO. 02-00522 HG-01<br><br>EX-PARTE MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JONAH ORTIZ'S APPEAL and ORDER; DECLARATION OF COUNSEL; DECLARATION OF DEFENDANT JONAH ORTIZ; CERTIFICATE OF SERVICE |

EX-PARTE MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT
JONAH ORTIZ'S APPEAL and ORDER

COMES NOW DEFENDANT JONAH MELQUIDAS ORTIZ, by and through his counsel, Louis Michael Ching, Esq., hereby respectfully requests to voluntarily dismiss his appeal to the United States

[CERTIFICATE OF SERVICE ATTACHED]

Court of Appeals for the Ninth Circuit from the judgment and sentence filed by the court on April 19, 2004.

    DATED:  Honolulu, Hawaii, May 8, 2004.

_____
LOUIS MICHAEL CHING
Attorney for Defendant-Appellant
JONAH MELQUIDAS ORTIZ


_____
JONAH MELQUIDAS ORTIZ
Defendant-Appellant


APPROVED AND SO ORDERED:

DAVID ALAN EZRA

_____
JUDGE OF THE ABOVE-ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00522 HG-01 |
| Plaintiff, | ) | |
| vs. | ) | |
| JONAH MELQUIDAS ORTIZ, | ) | |
| Defendant. | ) | DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

LOUIS MICHAEL CHING, does hereby declare the following:

1. Your Declarant is a federal panel attorney who was appointed to represent Defendant-Appellant JONAH MELQUIDAS ORTIZ in the above-captioned federal criminal matter;

2. Your Declarant believes that Defendant-Appellant Jonah Melquidas Ortiz DOES NOT WISH to appeal to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence filed by the court on April 19, 2004;

3. Your Declarant believes that Defendant-Appellant Ortiz believed that he would not have a lawyer to represent him after his sentence on April 15, 2004, however, he wished to continue to cooperate with the government in hopes of a possible Rule 35(b), F.R.P.P. within one year of his sentence;

4. Your Declarant was informed that Defendant-Appellant was assisted by another inmate to file a document which would

provide him with another court-appointed lawyer to continue to represent him after his sentencing;

5. However, Defendant-Appellant did NOT intend to appeal his conviction, but only to secure another court-appointed lawyer to represent him in his continuing cooperation with the government;

6. Your Declarant believes that Defendant-Appellant understands that he has the right to appeal his judgment and sentence to the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court, however, Defendant-Appellant does NOT wish to appeal and wishes to dismiss his appeal voluntarily pursuant to Circuit Rule 4-1(c)(5);

7. Your Declarant believes in good faith that the instant ex-parte motion has merit and it is not made for the purpose of delay;

8. Further, your declarant sayeth naught.

I, THE UNDERSIGNED HEREIN, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, May 8, 2004.

LOUIS MICHAEL CHING
Attorney for Defendant-Appellant
JONAH MELQUIDAS ORTIZ

- 2 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                )<br>                                     )<br>     vs.                             )<br>                                     )<br>                                     )<br> JONAH MELQUIDAS ORTIZ,              )<br>                                     )<br>          Defendant.                 )<br>_____) | CR. NO. 02-00522 HG-01<br><br><br><br><br><br>DECLARATION OF DEFENDANT JONAH<br>ORTIZ |

DECLARATION OF JONAH ORTIZ
_____

JONAH MELQUIDAS ORTIZ, does hereby declare the following:

1.  Your Declarant is the Defendant-Appellant in the above-captioned federal criminal matter on appeal;

2.  Your Declarant DOES NOT WISH to appeal to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence filed by the court on April 19, 2004;

3.  Your Declarant was under the belief that he would not have a lawyer to represent him after his sentence on April 15, 2004;

4.  Your Declarant was informed by another inmate that he could file a simple document, and thereby, he could obtain another court-appointed lawyer to continue to represent him after his sentencing;

5.  Your Declarant signed a document produced by another inmate with ONLY the intention of obtaining another court-

appointed lawyer, but NOT with the intention of appealling his conviction;

6. Your Declarant understands that he has the right to appeal his judgment and sentence to the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court, however, he does NOT wish to appeal and wishes to dismiss his appeal voluntarily;

7. Your Declarant believes in good faith that the instant ex-parte motion has merit and it is not made for the purpose of delay;

8. Further, your declarant sayeth naught.

I, THE UNDERSIGNED HEREIN, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, May 8, 2004.

_____
JONAH MELQUIDAS ORTIZ
Defendant-Appellant

- 2 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was duly served upon the Plaintiff at its last known addresses by deposited the said document in the United States Postal Mail, postage pre-paid.

TO: MICHAEL K. KAWAHARA
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
United States of America

DATED: Honolulu, Hawaii, May 8, 2004.

LOUIS MICHAEL CHING
Attorney for Defendant
JONAH MELQUIDAS ORTIZ