

U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE: 4-17-08

The Enclosed letter was prepared through special procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.