# AMENDED MINUTES

| | |
|---|---|
| CASE NUMBER: | Criminal No. 02-00522 HG |
| CASE NAME: | United States of America v. Jonah Melquidas Ortiz |
| ATTY FOR PLAINTIFF: | Michael K. Kawahara, AUSA |
| ATTY FOR DEFENDANT | Pro Se |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | May 6, 2008 | TIME: | |

### AMENDED MINUTE ORDER

On April 24, 2008, Defendant Jonah Melquiades Ortiz filed a MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(c)(2) (Doc. 35) which the Court construes as a 28 U.S.C. § 2255 Motion.

Pursuant to LR 7.10, Plaintiff United States has until on or before **May 27, 2008** to file a response addressing the matters asserted in the motion as grounds for relief.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Above counsel and pro se parties
      Chief Judge Gillmor's chambers