# AMENDED MINUTES

| | |
|---|---|
| CASE NUMBER: | Criminal No. 02-00522 HG |
| CASE NAME: | United States of America v. Jonah Melquidas Ortiz |
| ATTY FOR PLAINTIFF: | Michael K. Kawahara, AUSA |
| ATTY FOR DEFENDANT | Pro Se |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | May 12, 2008 | TIME: | |

## MINUTE ORDER

On April 24, 2008, Defendant Jonah Melquiades Ortiz filed a MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(c)(2) (Doc. 35).

On May 6, 2008, the Court entered an Amended Minute Order construing Defendant's Motion as a habeas petition pursuant to 28 U.S.C. § 2255. The Court erred in doing so. Defendant's Motion is properly brought as a motion pursuant to 18 U.S.C. § 3582(c)(2). See United States v. Rios-Paz, 808 F.Supp. 206, 207 (E.D.N.Y. 1992). The Court's May 6, 2008 Amended Minute Order (Doc. 37) is **VACATED**.

The United States has until on or before **May 27, 2008** to file a response addressing the matters asserted in the motion as grounds for relief.

Submitted by:  Mary Rose Feria, Courtroom Manager

cc:    Above counsel and pro se parties
       Chief Judge Gillmor's chambers