EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 08-00201 HG-BMK |
| | ) | CRIM. NO. 02-00522 HG |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | MEMORANDUM IN OPPOSITION TO |
| | ) | DEFENDANT'S 2255 PETITION |
| JONAH MELQUIADES ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MEM0RANDUM IN OPPOSITION TO
## DEFENDANT'S 2255 PETITION

The United States of America hereby opposes defendant's "Motion for Modification of Sentence" filed April 24, 2008, which this Court by Minute Order entered April 29, 2008 has construed to be a motion filed pursuant to 28 U.S.C. 2255. For this reason, defendant's motion will hereinafter be referred-to as the "2255 petition".

Defendant herein had pled guilty to conspiring to distribute and possess with intent to distribute 500+ grams of a mixture or

substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.  This crime primarily involved defendant's sale and sending of a UPS parcel to another person in Hawaii in March - April 2002 which contained approximately 888.2 grams (net weight) of 85-96 percent pure d-methamphetamine hydrochloride.  On April 15, 2004, this Court sentenced defendant to an imprisonment term of 188 months (15.6 years).

According to the presentence report ("PSR"), defendant had two prior convictions which were countable for Guideline "Criminal History" sentencing purposes.  The first conviction was for negligent injury in the first degree and driving under the influence of alcohol ("DUI") [for which 3 criminal history points were assessed], and the second being for DUI [for which 1 point was assessed.  See PSR, para. 53-4.  Defendant was also assessed an additional 3 points because he had been on state probation at the time of the instant Federal crime and furthermore, he had committed this offense less than two years after his release from state imprisonment.  See PSR, para. 56-8.  With a total of 7 criminal history points, defendant's Criminal History Category was "IV", and he was sentenced on this basis.

Defendant initially filed a Notice of Appeal, thereby commencing Ninth Circuit Court of Appeals Case #04-10268.

However, he thereafter filed with the District Court a motion for voluntary dismissal, which was granted on May 10, 2004.

### **ARGUMENT**:

As a procedural matter, defendant's 2255 petition may properly be dismissed because it is well-beyond the one-year filing deadline prescribed by 28 U.S.C. 2255.  In order to have been timely, defendant's petition should have been filed within one year after his appeal had been dismissed.

Furthermore, defendant is clearly wrong on the merits of his argument.  In his 2255 petition, defendant has contended that Amendment 709 to the recent, 11/1/07 revisions of the U.S. Sentencing Commission Guidelines would now permit his DUI conviction to be treated as a non-qualifying misdemeanor/petty offense under Guideline 4A1.2(c).  However, this amendment provides no assistance to defendant with respect to DUI convictions.  Since the inception of the Guidelines, Application Note 5 to Guideline 4A1.2 has always provided that:

> <u>Sentences for Driving While Intoxicated or Under the Influence</u>: Convictions for driving while intoxicated or under the influence (and similar offenses by whatever name they are known) are counted.  <u>Such offenses are not minor traffic infractions within the meaning of [Section] 4A1.2(c)</u>. [emphasis added]
>
> See, e.g., <u>United States v. Deigert</u>, 916 F.2d 916 (4th Cir. 1990).

Application Note 5 remains unchanged in the present version of the Guidelines effective 11/1/07 and consequently, there has been

no substantive change which would assist defendant in reducing his sentence.

    For the reasons set forth herein, defendant's 2255 petition should be denied.

    DATED: Honolulu, Hawaii, May 13, 2008.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii


                          By /s/ Michael K. Kawahara
                             MICHAEL K. KAWAHARA
                             Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the attached was served via U.S. Mail, postage prepaid, on the following:

```
JONAH MELQUIADES ORTIZ
Register No. 85893-198
U.S. Penitentiary
3901 Klein Blvd
Lompoc, CA 93436
```

    Defendant pro se

DATED: Honolulu, Hawaii, May 13, 2008.

/s/ Rowena Kang