JONAH MELQUIADES ORTIZ
85893-198
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, California 93436

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 02 2008
at 11 o'clock and ___ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br><br>JONAH MELQUIADES ORTIZ,<br>        Defendant. | CIVIL NO. 08-00201 HG-BMK<br>CRIM. NO. 02-00522 HG<br><br>REQUEST FOR EXTENSION OF TIME<br>AND APPOINTMENT OF COUNSEL |

The Petitioner/defendant Jonah Melquiades Ortiz (Ortiz) pursuant to the provisions of Rule 6(b), requests 45 days continuance to allow the prison law library to obtain and provide Ortiz access to the Federal Supplement Seconds, because for the last year, the prison has been unable to provide Ortiz access to the FED SUPP 2ds. Mr. Brown, Education Programs Administrator has advised the inmate population that West Publishing will be sending all the Fed Supp 2ds in the near future. Ortiz requests this extension of time to afford him the opportunity to review the guidance provided by these legal references. In the alternative, Ortiz respectfully requests this Honorable Court to appoint counsel to assist him in preparing his response to the Government's Opposition. Ortiz offers his declaration in support of this request.

May 27, 2008

Respectfully requested,

John Melquiades Ortiz