IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>JONAH MELQUIADES ORTIZ,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 08-00201 HG-BMK<br>CRIM. NO. 02-00522 HG<br><br><u>D E C L A R A T I O N</u> |

    I, Jonah Melquiades Ortiz, declare as follows:

1. I am the Petitioner/Defendant in the above entitled action.

2. I bring this request in the good faith belief that I am entitled to the relief I seek.

3. I have $ _200_ in my inmate accout.

4. I have no other assets or property of value.

5. I need an attorney to assist me in replying to the government's opposition.

I SWEAR THE FOREGOING IS TRUE UNDER PENALTY OF PERJURY.

                                                  JONAH MELQUIADES ORTIZ