

United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338

Legal Mail

[Return address, rotated:]
101 Klein Blvd
Jnpoc, CA 93436
United States Penitentiary