Jonah Ortiz
Register No.#85893-198
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

SANTA BARBARA
CA 931 1 T
28 MAY 2008 PM

USA FIRST-CLASS FOREVER

United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338

- LEGAL MAIL -

96850+4371

[illegible] PENITENTIARY [illegible]
[illegible] BLVD
[illegible], CA 93436

DATE: 5-28-08

The En[illegible] [illegible]
pr[illegible] for [illegible] you. [illegible] neither
[illegible] nor [illegible]
problem [illegible]
[illegible]
[illegible] If the [illegible]
[illegible]
[illegible] address.